U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 SEP 25 PM 2:58

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Crim. No. 5:19-cr-136 |
| v. | ) |
| | ) (26 U.S.C. § 7201, |
| CRAIG COWLES | )  31 U.S.C. § 5324) |
| Defendant. | ) |

## INDICTMENT

The grand jury charges:

1. At all times material to this indictment, the defendant CRAIG COWLES owned and operated an excavating and earth-moving business in Richmond, Vermont. COWLES conducted the business as a sole proprietorship under the name Cowles Excavating.

2. In 2013 and 2014, COWLES also owned and operated All Repair, a vehicle repair and maintenance business in Richmond.

3. At all times material to this indictment, COWLES also provided snowplowing services to clients in the Chittenden County area.

4. Between 2012 and 2017, COWLES' several businesses generated approximately $2.8 million in gross revenues.

5. Between 2012 and 2017, COWLES did not file any tax returns with the Internal Revenue Service, or pay any income

taxes to the IRS, on behalf of either himself or any of his businesses. COWLES failed to file any returns, or pay any taxes, despite earning hundreds of thousands of dollars in net profits from his businesses.

6. In connection with and in furtherance of his tax evasion, COWLES repeatedly structured transactions involving revenues from his businesses to avoid currency reporting requirements. He did this by using checks received from clients to obtain substantial sums of cash in less than $10,000 amounts. He also repeatedly used the proceeds of these client checks to purchase cashier's checks, payable to himself, which he often converted to cash.

7. As a result of his tax evasion, COWLES avoided paying to the IRS, between 2012 and 2017, approximately $260,000 in income taxes that were due and owing.

## COUNT 1

8. During the calendar year 2013, the defendant CRAIG COWLES, a resident of Vermont, received taxable income, upon which there was income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2014, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, COWLES, in the District of Vermont and elsewhere, between January 1, 2013 and April 15, 2014, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2013, by committing the following affirmative acts, among others:

   a. using multiple bank accounts at multiple financial institutions to conceal the nature and extent of his income;

   b. structuring transactions involving receipts of his businesses to conceal the nature and extent of his income, and to extract substantial amounts of cash from his businesses without the financial institutions notifying the Department of the Treasury;

   c. failing to maintain proper records accounting for business expenses incurred by Cowles Excavating.

(26 U.S.C. § 7201)

## COUNT 2

9. During the calendar year 2014, the defendant CRAIG COWLES, a resident of Vermont, received taxable income, upon which there was income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2015, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, COWLES, in the District of Vermont and elsewhere, between January 1, 2014 and April 15, 2015, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2014, by committing the following affirmative acts, among others:

   a. using multiple bank accounts at multiple financial institutions to conceal the nature and extent of his income;

   b. structuring transactions involving receipts of his businesses to conceal the nature and extent of his income, and to extract substantial amounts of cash from his businesses without the financial institutions notifying the Department of the Treasury;

   c. failing to maintain proper records accounting for business expenses incurred by Cowles Excavating.

(26 U.S.C. § 7201)

## COUNT 3

10. During the calendar year 2015, the defendant CRAIG COWLES, a resident of Vermont, received taxable income, upon which there was income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2016, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, COWLES, in the District of Vermont and elsewhere, between January 1, 2015 and April 15, 2016, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2015, by committing the following affirmative acts, among others:

   a. using multiple bank accounts in multiple names at multiple financial institutions to conceal the nature and extent of his income;

   b. structuring transactions involving receipts of his businesses to conceal the nature and extent of his income, and to extract substantial amounts of cash from his businesses without the financial institutions notifying the Department of the Treasury;

   c. failing to maintain proper records accounting for business expenses incurred by Cowles Excavating.

(26 U.S.C. § 7201)

## COUNT 4

11. During the calendar year 2016, the defendant CRAIG COWLES, a resident of Vermont, received taxable income, upon which there was income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2017, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, COWLES, in the District of Vermont and elsewhere, between January 1, 2016 and April 15, 2017, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2016, by committing the following affirmative acts, among others:

   a. using multiple bank accounts in multiple names at multiple financial institutions to conceal the nature and extent of his income;

   b. structuring transactions involving receipts of his businesses to conceal the nature and extent of his income, and to extract substantial amounts of cash from his businesses without the financial institutions notifying the Department of the Treasury;

   c. failing to maintain proper records accounting for business expenses incurred by Cowles Excavating.

(26 U.S.C. § 7201)

## COUNT 5

12. During the calendar year 2017, the defendant CRAIG COWLES, a resident of Vermont, received taxable income, upon which there was income tax due and owing to the United States. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2018, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the IRS, COWLES, in the District of Vermont and elsewhere, between January 1, 2017 and April 15, 2018, willfully attempted to evade and defeat income tax due and owing by him to the United States for the calendar year 2017, by committing the following affirmative acts, among others:

   a. using multiple bank accounts in multiple names at multiple financial institutions to conceal the nature and extent of his income;

   b. structuring transactions involving receipts of his businesses to conceal the nature and extent of his income, and to extract substantial amounts of cash from his businesses without the financial institutions notifying the Department of the Treasury;

   c. failing to maintain proper records accounting for business expenses incurred by Cowles Excavating.

(26 U.S.C. § 7201)

## COUNTS 6-19

13. On or about the dates listed below, in the District of Vermont, the defendant CRAIG COWLES, for the purpose of evading the currency transaction reporting requirements imposed upon domestic financial institutions, did knowingly structure his transactions with one or more domestic financial institutions by engaging in the following financial transactions:

| COUNT | APPROXIMATE DATE | CHECK AMOUNT | CASH BACK |
| --- | --- | --- | --- |
| Count 6 | October 3, 2014 | $21,173.74 | $9000.00 |
| Count 7 | January 17, 2015 | $19,843.00 | $9000.00 |
| Count 8 | May 15, 2015 | $10,348.19 | $9000.00 |
| Count 9 | June 16, 2015 | $14,525.00 | $9500.00 |
| Count 10 | October 9, 2015 | $30,000.00 | $9500.00 |
| Count 11 | June 8, 2016 | $44,423.22 | $9391.22 |
| Count 12 | June 30, 2016 | $24,007.71 | $9500.00 |
| Count 13 | June 28, 2017 | $12,096.87 | $9000.00 |
| Count 14 | July 10, 2017 | $12,400.00 | $9900.00 |
| Count 15 | July 12, 2017 | $11,652.44 | $9900.00 |
| Count 16 | July 21, 2017 | $12,741.78 | $9900.00 |
| Count 17 | September 1, 2017 | $10,467.50 | $9500.00 |
| Count 18 | October 17, 2017 | $29,985.00 | $9995.00 |
| Count 19 | December 1, 2017 | $10,702.50 | $8995.00 |

(31 U.S.C. § 5324(a)(3); 31 C.F.R. § 1010.314)

A TRUE BILL

██████████████████

FOREPERSON

_Christina E. Nolan_
CHRISTINA E. NOLAN (GLW)
United States Attorney
Rutland, Vermont
September 25, 2019

9